# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL R. BINVERSIE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DOMINICK DONOFRIO, et al. | : | NO. 16-5635 |

## ORDER

**AND NOW**, this 20th day of October 2017, **I HEREBY ORDER** that Defendants, Dominick Donofrio and Windstar Financial Services, Inc., shall pay Plaintiffs, Randall R. Binversie, Randall Robert Binversie Holdings, LLC, and Tioga Fuel Company, Inc., $1,130,024 in compensatory damages, $2,500,000 in punitive damages, and costs. While both Defendants are being ordered to make these payments, the totals to be paid shall be $1,130,024 in compensatory damages, $2,500,000 in punitive damages, and costs, for which the Defendants are jointly and severally liable.

BY THE COURT:

*s/ J. William Ditter, Jr.*
**J. WILLIAM DITTER, JR., J.**